THE DRIGGS DRAINAGE COMPANY, PLAINTIFFS IN ERROR,
v. THE STATE, JOHN KEAN ET AL., PROSECUTORS, DE-
FENDANTS IN ERROR.

Error to the Supreme Court. For opinion of the Supreme
Court, see 16 *Vroom* 91.

For the plaintiffs in error, *F. W. Stevens* and *Cortlandt
Parker.*

For the defendants in error, *John W. Taylor.*

New York, Lake Erie and Western R. R. Co. v. Cookson.

THE CHANCELLOR.    The judgment of the Supreme Court in this case should be affirmed for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, PARKER, REED, SCUDDER, VAN SYCKEL, CLEMENT, COLE, PATERSON, WHITAKER.    11.

*For reversal*—None.